Pat Esquivel AZ State Bar 015048
JEROLD KAPLAN LAW OFFICE, P.C.
2738 E Washington Street
Phoenix, AZ 85034
TEL  (602) 258-8433
FAX  (602) 258-4302
Email:  pesquivel@kdelaw.com

JOSEPH J. LICO, BAR # 028442
ADAM L. PLOTKIN, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293
TEL (303) 302-6864
FAX (303) 302-6864
Email:  jlico@alp-pc.com
Attorneys for Defendant
Attorneys for Bureau of Medical Economics.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Young,<br><br>Plaintiff,<br><br>v.<br><br>Medical Society Business Services, Inc. d/b/a Bureau of Medical Economics; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:13-cv-00971-ROS<br><br>**ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND TRIAL BY JURY DEMAND AND AFFIRMATIVE DEFENSES** |

COMES NOW, Medical Society Business Services, Inc. d/b/a Bureau of Medical Economics, (the "Defendant"), by and through its counsel of record, and for its Answer to Plaintiff's Amended Complaint and Trial by Jury Demand ("Complaint") and Affirmative Defenses, states as follows:

1. Defendant denies the allegations in Paragraph No. 1 of Plaintiff's Complaint.

2. Defendant admits the allegations in Paragraph No. 2 of Plaintiff's Complaint stating that jurisdiction is proper.

1

3. Defendant admits the allegation that Venue is proper. Defendant denies the remaining allegations in Paragraph No. 3 of Plaintiff's Complaint.

4. Defendant admits the allegation that Plaintiff is an adult individual. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the remaining allegations contained in Paragraph No. 4 of Plaintiff's Complaint and accordingly denies same.

5. Defendant admits that it is a collection agency and in general it is a debt collector under 15 U.S.C. §1692a(6). However, Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegation that it is a debt collector under 15 U.S.C. §1692a(6) for purposes of the present action, and accordingly denies said allegation.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 6 of Plaintiff's Complaint and accordingly denies same.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 7 of Plaintiff's Complaint and accordingly denies same.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 8 of Plaintiff's Complaint and accordingly denies same.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 9 of Plaintiff's Complaint and accordingly denies same.

10. Defendant admits the allegations contained in Paragraph No. 10 of Plaintiff's Complaint.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth and veracity of the allegations contained in Paragraph No. 11 of Plaintiff's Complaint and accordingly denies same.

12. Defendant admits the allegations contained in Paragraph No. 12 of Plaintiff's Complaint.

13. Defendant denies the allegations contained in Paragraph No. 13 of Plaintiff's Complaint.

14. Defendant denies the allegations contained in Paragraph No. 14 of Plaintiff's Complaint.

15. Defendant denies the allegations contained in Paragraph No. 15 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph No. 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in Paragraph No. 17 of Plaintiff's Complaint.

18. Defendant denies the allegations contained in Paragraph No. 18 of Plaintiff's Complaint.

19. Defendant denies the allegations contained in Paragraph No. 19 of Plaintiff's Complaint.

20. Defendant repeats and realleges its responses to Paragraph Nos. 1-19 of Plaintiff's Complaint as though fully set forth herein.

21. Defendant denies the allegations contained in Paragraph No. 21 of Plaintiff's Complaint.

22. Defendant denies the allegations contained in Paragraph No. 22 of Plaintiff's Complaint.

23. Defendant denies the allegations contained in Paragraph No. 23 of Plaintiff's Complaint.

24. Defendant denies the allegations contained in Paragraph No. 24 of Plaintiff's Complaint.

25. Defendant denies the allegations contained in Paragraph No. 25 of Plaintiff's Complaint.

26. Defendant denies the allegations contained in Paragraph No. 26 of Plaintiff's Complaint.

27. Defendant denies the allegations contained in Paragraph No. 27 of Plaintiff's Complaint.

28. Defendant repeats and realleges its responses to Paragraph Nos. 1-27 of Plaintiff's Complaint as though fully set forth herein.

29. Paragraph No. 29 contains no allegation to which a response is required. To the extent Paragraph No. 29 alleges Defendant violated the law in any way it is denied.

30. Defendant denies the allegations contained in Paragraph No. 30 of Plaintiff's Complaint.

31. Defendant denies the allegations contained in Paragraph No. 31 of Plaintiff's Complaint.

32. Defendant denies the allegations contained in Paragraph No. 32 of Plaintiff's Complaint.

33. Defendant denies the allegations contained in Paragraph No. 33 of Plaintiff's Complaint.

34. Defendant denies the allegations contained in Paragraph No. 34 of Plaintiff's Complaint.

35. Defendant denies the allegations contained in Paragraph No. 35 of Plaintiff's Complaint.

36. Defendant denies the allegations and request for relief in Plaintiff's Prayer for Relief section, including all of its subparts.

37. Defendant relies on Plaintiff's Jury Trial Demand in Plaintiff's Complaint.

38. Any allegation of Plaintiff's Complaint not specifically admitted herein is denied.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state any claims upon which relief may be granted.

2. To the extent that the jury may find any violations of the Fair Debt Collection Practices Act, such alleged violations being expressly denied by Defendants, liability for any such alleged violations is barred by 15 U.S.C. §1692k(c).

3. Plaintiff has not suffered any damages.

4. To the extent that Plaintiff claims to have suffered damages, which is disputed by Defendants, Plaintiff has failed to mitigate any such claimed damages.

WHEREFORE, Defendant respectfully prays that Plaintiff's Complaint be dismissed with prejudice in its entirety, that Defendant be awarded its reasonable attorneys' fees and costs incurred to date in defending this action, and for such other and further relief as this Court deems

proper.

DATED this 22nd day of August, 2013.

Respectfully submitted,

By: s/ Joseph J. Lico
JOSEPH J. LICO, BAR # 028442
ADAM L. PLOTKIN, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293
TEL (303) 302-6864
FAX (303) 302-6864
Email: jlico@alp-pc.com
Attorneys for Defendants

**Certificate of Service**

I hereby certify that on August 22, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

tkent@lemberglaw.com

By: s/ Joseph J. Lico, Esq.
JOSEPH J. LICO, BAR # 028442