Pat Esquivel AZ State Bar 015048
JEROLD KAPLAN LAW OFFICE, P.C.
2738 E Washington Street
Phoenix, AZ 85034
TEL  (602) 258-8433
FAX  (602) 258-4302
Email:  pesquivel@kdelaw.com

JOSEPH J. LICO, BAR # 028442
ADAM L. PLOTKIN, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293
TEL (303) 302-6864
FAX (303) 302-6864
Email:  jlico@alp-pc.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Young, | Case No.: 2:13-cv-00971-ROS |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| Medical Society Business Services, Inc. d/b/a Bureau of Medical Economics; and DOES 1-10 inclusive, | |
| Defendants. | |

   This Corporate Disclosure Statement is filed on behalf of Medical Society Business Services, Inc. d/b/a Bureau of Medical Economics, in compliance with the provisions of: *(check one)*

   _X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   ___ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in district court must file a statement that identifies any parent corporation and any

publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_X__   No such corporation.

_____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*
_____Relationship_____

_____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*
_____Relationship_____

_____   Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 22st day of August, 2013.

Respectfully submitted,

By:   s/ Joseph J. Lico_____
JOSEPH J. LICO, BAR # 028442
ADAM L. PLOTKIN, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293
TEL (303) 302-6864
FAX (303) 302-6864
Email: jlico@alp-pc.com
Attorneys for Defendant

**Certificate of Service**

I hereby certify that on August 22, 2013 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

tkent@lemberglaw.com

By: s/ Joseph J. Lico, Esq.
JOSEPH J. LICO, BAR # 028442